**Deny Writ and Opinion Filed November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01422-CV

### IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF12-12707-U**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Evans
Opinion by Justice Bridges

Before the Court is relator Terrence M. Gore's petition for writ of habeas corpus. The facts and issues are well-known to the parties so we do not recount them here. The record filed by relator does not include proof that relator is actually confined or restrained. *See* TEX. R. APP. P. 52.3(k)(1)(D). Accordingly, we deny relator's petition for writ of habeas corpus.

141422F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE